# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD EDWARDS,** <br> **Plaintiff,** | : <br> : <br> : |
| v. | :    **CIVIL ACTION NO. 19-CV-4609** |
| **DANIEL BARANOSKI,** <br> **Defendant.** | : <br> : <br> : |

## ORDER

AND NOW, this 23rd day of October, 2019, upon consideration of Plaintiff Gerald Edwards's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint and Exhibits (ECF Nos. 2 & 2-3) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum. Mr. Edwards's claims are **DISMISSED WITH PREJUDICE** except for claims based on his conditions of confinement and state law claims over which this Court lacks jurisdiction, which are **DISMISSED WITHOUT PREJUDICE.**

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.